# United States District Court
## Southern District of Georgia

CHANDLER N. WILKINSON,

Plaintiff,

AMENDED  JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-112

FA VINNEN & CO., GMBH & CO. KG; ZIM INTEGRATED SHIPPING; and SCHIFFAHRTSGESELLSCHAFT "MERKUR HORIZON," MBH & CO. KG;

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 3/18/21, Defendant FA Vinnen and Defendant Merkur Horizon's Motion for summary judgment is Granted. Defendant Zim Intergrated's motion for summary judgment is Granted. This case stands closed.



3/19/21 — Date

John E. Triplett, Acting Clerk

(By) Deputy Clerk